UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al.,

                     Plaintiffs,        23-cv-02835-KAM-PK

      - against-             **Notice of Appearance**

BHARGAV PATEL, M.D. et al.

                     Defendants.

---

Please take notice that Defendants Patel Medical Care, P.C., and Bhargav Patel, M.D., appear in this action by the undersigned attorney and requests the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Floor, Brooklyn, New York, 11201.

Dated:  Brooklyn, NY

May 22, 2023                                         By:  Nicholas Bowers, Esq.

                                                         _____/s/_____
                                                          Gary Tsirelman, P.C.
                                                          *Attorneys for Defendants*
                                                          *Named Herein*
                                                          129 Livingston Street
                                                          2nd and 3rd Floors
                                                          Brooklyn, NY  11201
                                                         (718)438-1200