Case Name: GEICO, et al. v. Bhargav Patel, M.D., et al.     Case Number: 23 CV - 02835 ( KAM ) (PK)

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER | | | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | X | | 7/25/2023 |
| 2.  Rule 26(a)(1) disclosures exchanged | x | | 8/1/2023 |
| 3.  Requested: | | | |
| a.   Medical records authorization | | X | |
| b.   Section 160.50 releases for arrest records | | X | |
| c.   Identification of John Doe/Jane Doe defendants | | X | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5.  Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | 8/1/2023 |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | 8/14/2023 |
| 2.  Defendant to make settlement offer | | | 9/1/2023 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4.  Settlement Conference (proposed date) | | | 12/6/2023  ex parte settlement statements due 11/28/2023 |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 2/2/2024 |
| 2.  Initial documents requests and interrogatories | | | 8/18/2023 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 5/31/2024 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 6/14/2024 |

Rev. 11-03-20

| 5.   Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |
|---|---|---|---|

| Plaintiff expert proposed field(s) of expertise: | Medical, Billing, Accounting, and Handwriting | | |
|---|---|---|---|
| Defendant expert proposed field(s) of expertise: | Medical, Billing | | |

| | **DONE** | **NOT APPLICABLE** | **DATE** |
|---|---|---|---|
| a.   Affirmative expert reports due | | | 7/12/2024 |
| b.   Rebuttal expert reports due | | | 8/16/2024 |
| c.   Depositions of experts to be completed | | | 9/27/2024 |
| 6.   Completion of ALL DISCOVERY (if different from C.3) | | | 10/11/2024 |
| 7.   Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 10/18/2024 |
| 8.   If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 10/25/2024 |
| 9.   Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 11/1/2024 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1.   All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
|---|---|
| 2.   All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

## E.  *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| 1.   Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
| a.   Response due | | | |
| b.   Reply due | | | |
| 2.   Motion for Rule 23 class certification | | | |
| a.   Response due | | | |
| b.   Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*
_____
**PEGGY KUO**
United States Magistrate Judge

August 1, 2023
_____
**Date**